**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CHARLES RANDALL DAVIS
ADC # 84756**                                                                                    **PLAINTIFF**

V.                                    5:10cv00020 BSM-JJV

**LARRY NORRIS, Former Director, Arkansas Department
of Correction; MIRIAM LESTER, Coordinator of
Centralized Records, Arkansas Department of Correction;
BENNY MAGNESS, Chairman, Arkansas Board of Correction;
LEROY BROWNLEE, Arkansas Board of Correction; MARY
PARKER, Arkansas Board of Correction; ALONZO JILES,
Arkansas Board of Correction; KELLY PACE, Arkansas
Board of Correction; DREW BAKER, Arkansas Board of Correction;
JOHN DOE, Director, Arkansas Department of Correction; and
KEN JONES, Arkansas Board of Correction**                    **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today this case is DISMISSED WITHOUT PREJUDICE. Further, pursuant to 28 U.S.C. § 1915(a)(3), it is hereby certified that an *in forma pauperis* appeal taken from this judgment and the accompanying order would not be taken in good faith.

DATED this 22nd day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE